Stephen P. Davidson (admitted pro hac vice)
Stephanie K. Vogel (admitted pro hac vice)
Sara Z. Moghadam (D.C. Bar No. 463862)
DLA PIPER RUDNICK GRAY CARY US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
Tel: (202) 861-3900
Fax: (202) 223-2085

Counsel for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

---

PEOPLE FOR THE AMERICAN WAY FOUNDATION,
2000 M Street, N.W., Suite 400
Washington, D.C. 20036
  and
PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,
2001 S Street, N.W., Suite 570
Washington, D.C. 20009

  Plaintiffs,
  - against -

NATIONAL PARK SERVICE,

  Defendant.

---

Case No. 1:05-cv-00152-EGS

ORAL ARGUMENT REQUESTED

### PLAINTIFFS' MOTION TO COMPEL PRODUCTION
### OF INFORMATION WITHHELD UNDER FOIA EXEMPTIONS 5 AND 6

Plaintiffs People For the American Way Foundation and Public Employees for Environmental Responsibility, request this Court enter pursuant to 5 U.S.C. § 552(a) (4) (B) an order: (1) enjoining Defendant National Parks Service ("NPS") from withholding agency records; (2) compelling NPS to produce the redacted portions of records withheld pursuant to 5 U.S.C. § 552(b) (5) ("Exemption 5") that are not exempt from disclosure; (3) compelling NPS to cease redacting the names and other identifying information withheld pursuant to 5 U.S.C. §

552(b) (6) ("Exemption 6"); and (4) compelling NPS to produce a Vaughn index of agency records that NPS has identified as responsive, but withheld in their entirety or to affirm that no such records exist.

In support of this Motion, Plaintiffs respectfully refer the Court to the Declaration of Stephen P. Davidson and all the exhibits appended thereto, and the accompanying statement of points and authorities. A proposed form order is enclosed.

                        Respectfully submitted,

                        **DLA PIPER RUDNICK GRAY CARY US LLP**

                        /s/ Stephen P. Davidson
                        Stephen P. Davidson (admitted pro hac vice)
                        Stephanie K. Vogel (admitted pro hac vice)
                        Sara Z. Moghadam (D.C. Bar No. 463862)

                        1251 Avenue of the Americas
                        New York, New York  10020
                        (212) 835-6000
                        (212) 835-6001

                        1200 Nineteenth Street, N.W.
                        Washington, D.C.  20036-2412
                        (202) 861-3900
                        (202) 223-2085

Counsel for Plaintiffs